**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

26 – mc – 319

CLIFFORD CONE and MICHAEL SABIN,

                              Plaintiffs,                    CASE NO.:

vs.

CLIFFORD CHANCE LLP,

                              Defendant.

*DENYING MOTION*

**[~~PROPOSED~~] ORDER TO FILE CIVIL CASE UNDER SEAL**

Plaintiffs Clifford Cone and Michael Sabin ("Plaintiffs"), having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby:

*The application to file* is DENIED without prejudice. No showing has been made why the identities of the parties and the nature of the claims should be shielded from public view.

**ORDERED** that ~~this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules, Rule 6.14, and present the case initiating documents to the Clerk of Court in traditional manner, in paper form.~~

~~The Court is directed to restrict access to this Order and close this case.~~

Dated: New York, NY
            June 26, 2026

_____, U.S.D.J.
                                    Part I

DM3\22787193.1